CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
FEB - 1 2010
JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **TIMOTHY LEE SMITH,** | ) | Civil Action No. 7:10-cv-00036 |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **PROBATION AND PAROLE, <u>et al.</u>,** | ) | By: Hon. Jackson L. Kiser |
| **Defendants.** | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

## ORDERED

that the complaint is **DISMISSED without prejudice as frivolous**, pursuant to 28 U.S.C.

§ 1915A(b)(1), and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the plaintiff.

**ENTER**: This 1st day of February, 2010.

Senior United States District Judge